**SICOM SYSTEMS LTD.,**
Plaintiff–Appellant,

v.

**TEKTRONIX INC., Defendant–Appellee,**

and

**Agilent Technologies, Inc.,**
Defendant–Appellee,

and

**LeCroy Corporation, Defendant–Appellee.**

No. 04–1157.

United States Court of Appeals,
Federal Circuit.

Jan. 15, 2004.

*ORDER*

Pursuant to Fed. R.App. P. 42(a), the U.S. District Court for the District of De-

laware having dismissed SICOM SYSTEMS LTD.'s appeal by its order entered January 6, 2004,

IT IS ORDERED THAT:

The appeal is hereby dismissed.